## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ERIC DIAZ (ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, AS WELL AS ALL THE VOTERS OF DAUPHIN COUNTY AND THE CITIZENS OF PENNSYLVANIA),

          Petitioner

          v.

(1) 12TH JUDICIAL DISTRICT, AKA: DAUPHIN COUNTY COURT OF COMMON PLEAS; (2) HONORABLE JOHN F. CHERRY, P.J., IN HIS OFFICIAL CAPACITY; (3) DAUPHIN COUNTY ADULT PROBATION/PAROLE DEPARTMENT ; AND (4) DIRECTOR CHADWICK J. LIBBY, IN HIS OFFICIAL CAPACITY,

          Respondents

: No. 40 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.